149 U.S. 767
 13 S.Ct. 1044
 37 L.Ed. 958
 CAMPBELL
v.
O'NEILL. SAME v. QUIGLEY. SAME v. HOFFMAN. SAME v. OLIVER. SAME v. BEATTIE. SAME v. SANDERS. SAME v. GRIMKE. SAME v. OLIVER. SAME v. REHKOPF. SAME v. PETERSON. SAME v. DOTHAGE. SAME v. LAFFAN.
 Nos. 1,220-1,231.
 November 11, 1892.
 
 1
 No opinion. Docketed and dismissed, with costs, on motion of A. G. Riddle, for defendants in error.